UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CASE NO: 16-05059-JW

## ORDER OF DISMISSAL

The relief set forth on the following pages for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**01/10/2017**



*John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 01/11/2017

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>KATHERINE BENTON<br><br>8446 MIDDLE RIVER WAY<br>NORTH CHARLESTON, SC  29420<br><br>　　　　　　　　Debtor | CASE NO:  16-05059-JW<br><br>(CHAPTER 13)<br><br>**ORDER DISMISSING CASE** |

　　　Pursuant to SC LBR 1017-2(a) as it applies to 3015-4(a), the failure to provide documents at the confirmation hearing, as requested by the Trustee at the meeting of creditors, or in writing thereafter, is grounds for dismissal of the case.  The Trustee did not receive the documents timely, but the Court granted additional time, until December 30, 2016 for the Debtor to comply.  The documents have not been provided within the time period allotted, and the Debtor is in default under this Rule.

　　　Therefore, based of the Affidavit of Default filed by the Chapter 13 Trustee, it is hereby

　　　ORDERED that the case is dismissed pursuant to SC LBR 1017-2(a) as it applies to 3015-4(a), and for cause pursuant to 11 U.S.C. Section 1307(c), and the oral order issued at court.

AND IT IS SO ORDERED